1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 Kirk Lewis, also known as Kirk Lewis, )    No. CV08-2084 PHX-DGC (JRI)
   Jr.,                                  )
10                                       )    **ORDER**
              Petitioner,                )
11                                       )
       v.                                )
12                                       )
   United States of America,             )
13                                       )
              Respondent.                )
14 _____      )

15        Pending before the Court are Petitioner Kirk Lewis' motion to vacate, set aside or

16 correct sentence pursuant to 28 U.S.C. § 2255 and United States Magistrate Judge

17 Jay R. Irwin's Report and Recommendation ("R&R"). Dkt. ##1, 12. The R&R recommends

18 that the Court dismiss the motion with prejudice. Dkt. #12 at 10. The Magistrate Judge

19 advised the parties that they had ten days to file objections to the R&R and that failure to file

20 timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.*

21 at 11 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

22 Cir. 2003)).

23        The parties did not file objections, which relieves the Court of its obligation to review

24 the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985)

25 ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the

26 subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de

27 novo any part of the magistrate judge's disposition that has been properly objected to.").

28 The Court will accept the R&R and dismiss the motion with prejudice. *See* 28 U.S.C. §

636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1.      Magistrate Judge Jay R. Irwin's R&R (Dkt. #12) is **accepted**.

2.      Petitioner Kirk Lewis' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is **dismissed with prejudice**.

3.      The Clerk of Court shall **terminate** this action.

DATED this 3rd day of December, 2009.

David G. Campbell
United States District Judge